479 A.2d 1147

Commonwealth v. Robinson, Appellant.

Submitted May 23, 1984. Joseph K. Cottrell, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.